

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARRED COTTON,<br><br>Defendant. | CASE NO. 1:21-cr-2<br><br>JUDGE McFarland<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Possession by a Prohibited Person)

On or about October 3, 2020, in the Southern District of Ohio, the defendant, **JARRED COTTON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Springfield Model XDS, .45 caliber pistol bearing serial number XS659458, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 2.**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **JARRED COTTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Springfield Model XDS, .45 caliber pistol bearing serial number XS659458 with any attachments and ammunition.

A TRUE BILL

*s/ FOREPERSON*
**GRAND JURY FOREPERSON**

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

*Ashley N. Brucato*
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**

EG